## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 11civ9391                                     Purchased/Filed: December 21, 2011

STATE OF NEW YORK      UNITED STATES DISTRICT COURT              SOUTHERN DISTRICT

*Yaakov Katz, on behalf of himself and the class*                     Plaintiff

against

*Extraordinary DVD Video Corp., et al.*                             Defendant

STATE OF NEW YORK     SS.:
COUNTY OF ALBANY

____Heather Morigerato____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____December 29, 2011____, at ____11:45am____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Class Action Complaint with Jury Trial Demand

on

____Extraordinary DVD Video Corp.____, the Defendant in this action, by delivering to and leaving with ____Amy Lesch____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ____2____ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ____40____ dollars; That said service was made pursuant to Section ____306 Business Corporation Law____.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __26__   Approx. Wt: __225__   Approx. Ht: __5'9"__
Color of skin: __White__   Hair color: __Lt. Brown__   Sex: __Female__   Other: ____

Sworn to before me on this
__4th__ day of ____January, 2012____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2015

Heather Morigerato
**Attny's File No.**
Invoice•Work Order # SP1113109

***SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179***