# SEYFARTH SHAW LLP
### ATTORNEYS

620 Eighth Avenue

New York, New York  10018

(212) 218-5500

fax (212) 218-5526

www.seyfarth.com

Writer's direct phone
(212) 218-5556

Writer's e-mail
dmonachino@seyfarth.com

January 27, 2012

**VIA E-MAIL: CROTTYNYSDCHAMBERS@NYSD.USCURTS.GOV**

Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-30-12

   Re: Yaakov Katz v. Extraordinary DVD Video Corp., et al; 11 Civ. 9391-
     Defendant Worldpay US, Inc.'s Request for Extension Answer

Dear Judge Crotty:

  We are counsel to Worldpay US, Inc. in the above-referenced action.

  Pursuant to your Honor's individual rules, we respectfully submit our first request for an extension of time to answer Plaintiff's Summons and Complaint, from January 19, 2012 to February 27, 2012 with consent of Plaintiff's counsel, The Law Office of Shimshon Wexler, PC. This is the first request for an extension of time requested by counsel and will allow Worldpay US, Inc. to analyze the facts of the case.

          Respectfully,

          SEYFARTH SHAW LLP

          David M. Monachino

DMM:cay
cc: Shimshon Wexler, Esq. (via e-mail)

**SO ORDERED:** 1-30-12

_Paul Crotty_
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

**MEMO ENDORSED**

BRUSSELS · WASHINGTON D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK