IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

YAAKOV KATZ,
on behalf of himself and all others similarly situated,

            Plaintiff,

v.

EXTRAORDINARY DVD VIDEO CORP.;
WORLDPAY US, INC.;
CITIZENS FINANCIAL GROUP, INC.

            Defendants.

------------------------------------------------------------X

Case No.: 11-cv-9391 (PAC)

**NOTICE OF DISMISSAL**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

      Pursuant to Fed. R. Civ. P. 41, Plaintiff hereby stipulates to and gives notice of the dismissal of Worldpay US, Inc. and Citizens Financial Group, Inc. in the above-entitled and numbered action without prejudice as to the plaintiff, without prejudice as to the claims of the class and without costs to either party.

                                                                 Respectfully submitted,

Dated: New York, New York
         February __, 2012

                                         By: _____
                                                   Shimshon Wexler (SW-0770)

                                                  The Law Offices of Shimshon Wexler, P.C.
                                                  2710 Broadway, 2FL
                                                  New York, NY 10025
                                                  Tel-(212) 760-2400
                                                  Fax-(917) 512-6132
                                                  shimshonwexler@yahoo.com

*SO ORDERED:*

_____
U.S.D.J.