USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

Yaakov Katz

      Plaintiff,

  - against -

Extraordinary DVD Video Corp.

      Defendant.

----------------------------------------x

11 Civ. 9391 (PAC )

**CLERK'S CERTIFICATE**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on December 21st, 2011 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant by serving *Extraordinary Dvd Video Corp.* Amy Lesch at the office of the Secretary of State for the state of N.Y.

(STATE SPECIFICALLY HOW SERVICE WAS MADE ON DEFENDANT), and proof of such service thereof was filed on January 10th, 2012.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York

   April 24, 2012

                RUBY J. KRAJICK
                Clerk of Court

                By: _____
                   Deputy Clerk

SDNY Web 5/2010