*The Law Offices of Shimshon Wexler, PC*
*2710 Broadway, 2FL*
*New York, New York 10025*
*Tel (212)760-2400*
*Fax (917)512-6132*
swexleresq@gmail.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-26-12

June 26th, 2012

VIA EMAIL
Hon. Judge Crotty
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   Katz, on behalf of himself and the class v. Extraordinary-11-cv-9391- Plaintiff's Request for a Motion for Discovery

Dear Judge Crotty:

    I represent the Plaintiff in the above referenced matter. The Plaintiff brings this action on behalf of himself and all others similarly situated alleging violations of the Electronic Funds Transfer Act. (*15 USC 1693 et seq.*). Please accept this letter as a request to proceed with discovery.

    On December 21st, 2011, this action was commenced with the filing of the summons and complaint. On December 29th, 2011 Defendant was served with the summons and complaint. Subsequently, co-defendants were also served but they were later dismissed after providing satisfactory proof that they were not responsible for the alleged violations in the complaint. On January 10th, 2012 the affidavit of service was filed with the Court. The Defendant has not answered the complaint. A Clerk's Certificate indicating default is attached. It is apparent that the Defendant does not intend to participate in the defense of this action.

    While the Defendant's default establishes the facts alleged in the complaint, Plaintiff needs to acquire certain additional information (via Rule 45 based discovery) in order to move for class certification pursuant to Rule 23. See *Williams v. Goldman & Steinberg, Inc.*, No. CV03-2132, 2006 WL 2053715, at *1 (E.D.N.Y. July 21, 2006) and *DeNicola v. Asset Recovery Solutions, LLC*, 2011 U.S. Dist. LEXIS 61976 (E.D.N.Y.).

    After acquiring the necessary information, Plaintiff intends to move for class certification (if appropriate) and a default judgment against Defendant. The determination as to whether the default judgment shall be entered on behalf of the individual Plaintiff or the class must await the class discovery. See, Id.

    Plaintiff respectfully requests permission to proceed with discovery via Rule 45.

Thank you for your consideration of this matter.

Respectfully Yours,

_____
Shimshon Wexler

Cc: By Regular Mail to:

    Extraordinary DVD Video Corp
    Apt. 3E 522 East 83rd St.
    New York, New York, 10028

    and

    Extraordinary DVD Video Corp.
    148 West 14th St.
    New York, NY 10011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/12
```

Yaakov Katz

                Plaintiff,

              - against -

Extraordinary DVD Video Corp.

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

11 Civ. 9391 (PAC)

**CLERK'S CERTIFICATE**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on

December 21st, 2011

with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant by serving _EXTRAORDINARY DVD VIDEO CORP._ Amy Lesch at the office of the Secretary of State for the state of N.Y.

(STATE SPECIFICALLY HOW SERVICE WAS MADE ON DEFENDANT), and proof of such service thereof was filed on January 10th, 2012.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York

APRIL 24, 2012

RUBY J. KRAJICK
Clerk of Court

By: _____
      Deputy Clerk

SDNY Web 5/2010