```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 6, 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
YAAKOV KATZ,
                Plaintiff,

                                                        11 Civ. 9391 (PAC)
               v.                                          ORDER

EXTRAORDINARY DVD VIDEO CORP.,
                Defendant.
------------------------------------------------------------x

HONORABLE PAUL A. CROTTY, United States District Judge:

       The Court has received and reviewed plaintiff Yaakov Katz's ("Katz") June 26, 2012 letter, requesting permission to proceed with discovery in order to move for class certification pursuant to Rule 23. Defendant Extraordinary DVD Video Corp. did not respond to Katz's complaint or his June 26, 2012 letter. As Katz has already obtained an entry of default from the Clerk of Court, the Court directs Katz to first move for a default judgment on his individual claims, before seeking discovery on behalf of a class. See, e.g., Williams v. Goldman & Steinberg, Inc., No. Cv-03-2132 (DGT), 2006 WL 2053715 (E.D.N.Y. July 21, 2006). Accordingly, Katz's request to proceed with discovery is DENIED. Katz can renew his request for discovery after moving for default judgment on his individual claims.

Dated: New York, New York
         August 6, 2012

                                                                      SO ORDERED

                                                                      PAUL A. CROTTY
                                                                      United States District Judge