IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

YAAKOV KATZ

                      Plaintiff,

    v.

EXTRAORDINARY DVD VIDEO CORP.

                      Defendants.

----------------------------------------------------------X

Case No.: 11-cv-9391-PAC

**NOTICE OF MOTION**

       PLEASE TAKE NOTICE, that upon the Declaration of Shimshon Wexler, dated August 17th, 2012, and all pleadings and proceedings heretofore had herein, plaintiff Yaakov Katz shall make a motion before the Honorable Paul A. Crotty, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an order awarding plaintiff a default judgment on its claims pursuant to Rule 55 of the Federal Rules of Civil Procedure in an amount of $1,000 for the plaintiff and $2,160 for plaintiff's attorney for a total judgment in the amount of $3,160.

       TAKE FURTHER NOTICE, that opposing papers, if any, shall be served within 14 days of service.

Dated: New York, New York
       August 17th, 2012

                         Respectfully submitted,

                         Shimshon Wexler
                         The Law Offices of Shimshon Wexler, PC
                         PO Box 250870
                         New York, NY 10025
                         (212)760-2400
                         (917)512-6132 (fax)
                         swexleresq@gmail.com

To: Via Regular Mail- Extraordinary DVD Video Corp
Apt. 3E 522 E 83rd St.
New York, NY 10028

And

Extraordinary DVD Video Corp
148 W 14th St.
New York, NY 10011