# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 11civ9391            Purchased/Filed: December 21, 2011

STATE OF NEW YORK     UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT

*Yaakov Katz, on behalf of himself and the class*     Plaintiff

against

*Extraordinary DVD Video Corp., et al.*     Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY    SS.:

__Heather Morigerato__, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __December 29, 2011__, at __11:45am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Class Action Complaint with Jury Trial Demand

on __Extraordinary DVD Video Corp.__, the Defendant in this action, by delivering to and leaving with __Amy Lesch__, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __26__    Approx. Wt: __225__    Approx. Ht: __5'9"__  
Color of skin: __White__    Hair color: __Lt. Brown__    Sex: __Female__    Other: _____

Sworn to before me on this  
__4th__ day of __January, 2012__

DONNA M. DDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4898570, Qualified in Albany County  
Commission Expires June 15, 2015

Heather Morigerato  
**Attny's File No.**  
Invoice•Work Order # SP1113109

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**