```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-26-12
```

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

YAAKOV KATZ

         Plaintiff,

v.

EXTRAORDINARY DVD VIDEO CORP.

         Defendant.
-----------------------------------------------------------X

Case No.: 11-cv-9391-PAC

# DEFAULT JUDGMENT

The defendant, Extraordinary DVD Video Corp., having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of plaintiff and upon affidavit; that defendant had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby

ORDERED, ADJUDGED, and DECREED that plaintiff, Yaakov Katz, recover of the defendant the sum of $3,160.00 plus interest according to law from the date of this judgment until the entire amount is paid.

This judgment is entered by the Clerk at the request of the plaintiff and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

Dated: _New York NY_
         _September 26, 2012_

_[signature]_
U.S.D.J